

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                       )
                    Plaintiff,  )
                                       )
                   v.           )
                                       )
MELODY LEIGH BASYE,  )
                                       )
                Defendant.  )

CASE NO. CR-18-00512-MWF

ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1.  The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ✓ ) the appearance of defendant as required; and/or

    B. (   ) the safety of any person or the community.

2.  The Court concludes:

    A. (   ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

1   other persons or the community.  Defendant poses a risk to the

2   safety of other persons or the community based on:

3   _____

4   _____

5   _____

6   _____

7   _____

8   B. ( ✓ )   Defendant has failed to demonstrate by clear and convincing

9   evidence that he is not likely to flee if released.  Defendant poses

10  a flight risk based on: Nature of offenses ; unknown

11  residence ; no bail resources ; serious

12  substance abuse issues

13  _____

14  _____

15  _____

16  IT IS ORDERED that defendant be detained.

17

18

19

20  DATED: November 12, 2021          _Alicia G. Rosenberg_

21                                    HONORABLE ALICIA G. ROSENBERG
                                      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**